## MEMORANDA

OF

CASES DECIDED DURING THE PERIOD EMBRACED IN THIS
VOLUME, WHICH ARE ORDERED NOT TO BE
REPORTED IN FULL.

---

## ALABAMA CENTRAL R. R. CO. V. BROOKS.

(Decided December 18, 1912.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

BANKHEAD & BANKHEAD, for appellant. STALLINGS &
DRENNEN and ERNEST LACY, for appellee.

Per curiam.   Appeal dismissed by agreement.

---

## ALABAMA STATE F. & E. ASSO. V. GAMBILL.

(Decided November 26, 1912.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. ALFRED H. BENNERS.

TILLMAN, BRADLEY & MORROW, for appellant. BOW-
MAN, HOWARD & WEAVER, for appellee.

Per curiam.   Dismissed by agreement.

---

## ANNISTON L. & BANKING CO. V. MILLER, ET AL.

(Decided November 14, 1912.)

APPEAL from Anniston City Court.

Heard before Hon. THOS. W. COLEMAN, JR.

WILLETT & WILLETT, for appellant. TATE & WALKER,
for appellee.

SOMERVILLE, J.—Affirmed on the authority of *Bar-
clift v. Fields,* 145.Ala. 264, 41 South. 84, and *Reynolds
v. Lee, infra,* 60 South. 101. All the Justices concur.

22—179